**Order entered November 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00718-CR

**LEONARD GERONIMO RENTERIA SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-41227-H**

## ORDER

The Court **REINSTATES** the appeal.

On October 14, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is that she has determined a portion of the reporter's record is missing; (4) Ms. Hendrickson contacted Karren Jones, official court reporter of the Auxiliary Court No. 1, who informed counsel that the record "can be prepared and filed quickly"; (5) Ms. Jones should be given twenty days from November 11, 2013 to file the missing portion of the record; and (6) Ms.

Hendrickson should be granted twenty days from the time the record is filed to file appellant's brief.

The trial court's findings do not identify the date of the hearing Ms. Jones recorded, but the docket sheet in the clerk's record contains an entry showing she recorded an April 26, 2013 pretrial hearing. Accordingly, we **ORDER** court reporter Karren Jones to file, by **DECEMBER 6, 2013**.

Upon review of the reporter's record filed by Susan Tabaee, we note that she did not include any of the exhibits that were admitted during trial. Accordingly, we **ORDER** court reporter Susan Tabaee to file, by **DECEMBER 6, 2013**, a supplemental record containing all of the exhibits admitted during trial, including DVD and CD exhibits.

We **ORDER** appellant to file his brief by **JANUARY 6, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: Susan Tabaee, official court reporter, Auxiliary Court No. 7; Karren Jones, official court reporter, Auxiliary Court No. 1; and to counsel for all parties.

/s/    DAVID EVANS
         JUSTICE